UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JUSTINO ALARCON,  )  No. CV 08-3942-DDP (PLA)
        Petitioner,  )  **JUDGMENT**
        v.  )
JAMES D. HARTLEY, Warden,  )
        Respondent.  )

    Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: June 24, 2011

    HONORABLE DEAN D. PREGERSON
    UNITED STATES DISTRICT JUDGE